# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-13-00035-CV

### RPI Denton Center, Ltd.

**v.**

### Troy Brown and Albert Smith

(No. 2012-50206-367 IN 367TH DISTRICT COURT OF DENTON COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | DAVID MIZGALA |
| MOTION FEE | $10.00 | E-PAID | DAVID MIZGALA |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | DAVID MIZGALA |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | MATTHEW J KITA |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | MATTHEW J KITA |
| MOTION FEE | $10.00 | E-PAID | MATTHEW J. KITA |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | DAVID MIZGALA |
| REPORTER'S RECORD | $268.00 | PAID | DAVID MIZGALA |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | DAVID MIZGALA |
| CLERK'S RECORD | $979.00 | PAID | DAVID MIZGALA |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | TRANSFER | MATTHEW J. KITA |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | TRANSFER | DAVID MIZGALA |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | TRANSFER | DAVID MIZGALA |
| FILING | $100.00 | TRANSFER | DAVID MIZGALA |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | TRANSFER | DAVID MIZGALA |
| INDIGENCY FEE | $25.00 | TRANSFER | DAVID MIZGALA |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this March 13, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy